FILED

2009 AUG 24 P 3:55

CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 09-8933　　　　　　　　　　　　　　　　DIVISION H

EARL AND KATHERYN STEWART

VERSUS

ZC STERLING INSURANCE AGENCY, INC., AND
EMPIRE INDEMNITY INSURANCE COMPANY

FILED: _____    _____
                                    DEPUTY CLERK

**Hurricane Litigation**

**PETITION FOR DAMAGES**

Plaintiff, Earl and Katheryn Stewart, persons of the full age of majority, and residents of the Parish of Orleans, State of Louisiana, respectfully aver as follows:

I.

Made defendants herein are:

A.　ZC STERLING INSURANCE AGENCY, INC (hereinafter "ZC STERLING"), foreign insurance company authorized to do, and doing, business in the State of Louisiana; and

B.　EMPIRE INDEMNITY INSURANCE COMPANY (hereinafter "EMPIRE"), foreign insurance company authorized to do, and doing, business in the State of Louisiana.

II.

Venue in this Court is proper pursuant to Louisiana Code of Civil Procedure Article 76 and Louisiana Revised Statutes Title 22, Section 655, *inter alia*, because the loss at issue occurred in Orleans Parish.

III.

Defendants are liable to Plaintiffs for the full amount of damages suffered by Plaintiff together with legal interest from the date of judicial demand until paid. At all times herein,



Defendants acted in collusion with one another, and/or as the alter ego or agent of one another, in arbitrarily undervaluing, denying, and/or delaying Plaintiff claim.

IV.

Plaintiffs own the residence located at 1731 Second Street, New Orleans, Louisiana, and owned the residence for the entire year of 2008. At the time that Hurricane Gustav struck the City of New Orleans, on or about September 1, 2008, Plaintiff owned the residence. Hurricane Gustav caused damage to the roof, structure, and interior of the residence.

V.

At the time of the loss, the property was insured by a all-risk property policy issued by Empire and/or ZC Sterling bearing policy number LRE620232041, and with effective dates of August 21, 2008, through August 21, 2009. This policy provides coverage for damage to the building, *inter alia*. The amount of coverage provided by the policy for the building on the date of loss was $215,900.

VI.

Shortly after Hurricane Gustav, Plaintiffs made a claim under this insurance policy to Defendants for property damage from the hurricane, and made the residence available to Defendants for their inspection.

VII.

Despite significant damage to Plaintiffs' property both from wind and rain, Defendants failed to make timely payment and also failed to provide any justification for their arbitrary and capricious denial and delay.

VIII.

Due to Defendants' failure to fairly adjust this claim, Plaintiffs have been forced to hire an attorney to assist with this claims.

IX.

Even though Plaintiffs have provided sufficient proofs of loss and documentation of all damages, and have repeatedly made the premises available to Defendants, Defendants have refused to fairly adjust this claim, pay for damages due under the contract, or provide reasonable

explanations for its actions. To date, Defendants have failed to make payments on Plaintiffs' claim that are sufficient to repair the damage cause by Hurricane Gustav.

X.

By failing to promptly and fairly adjust Plaintiffs claims, Defendants have breached the contract of insurance with Plaintiffs, as well as their duty to fairly and adequately adjust this claim. Plaintiff is entitled to full and fair compensation for the damage to the residence pursuant to the policy of insurance as the result of Hurricane Gustav and its aftermath.

XI.

In the alternative, Defendants have acted negligently in the handling of Plaintiffs' claim by failing to follow proper procedures in reaching a settlement figure and failing to promptly adjust the claim.

XII.

Louisiana Revised Statute 22:1220(A) imposes on an insurer a duty to its insured of good faith and fair dealing, including an affirmative duty to adjust claims fairly and promptly and to make a reasonable effort to settle claims with the insured or the claimant, or both. If the insurer breaches its duty, an insured may recover penalties. Similarly, Louisiana Revised Statute 22:658 provides for penalties and attorney's fees when an insurer acts in bad faith and/or fails to settle a claim timely. The manner in which Defendants have handled Plaintiffs' claims violates the duties imposed by these statutes and entitles Plaintiffs to penalties and attorney's fees under Louisiana Revised Statutes 22:1220 and 22:658.

XIII.

Defendants also failed to honor their duties and obligations under Louisiana Revised Statutes 22:1220 and 22:658 which required insurers to provide the insured person with a written offer under the policy, and to promptly pay the insurance proceeds within 30 or 60 days of sufficient proof of loss. Defendants failed to meet these duties and obligations, and Plaintiffs are entitled to penalties and attorney's fees.

XIV.

Defendants intentionally refused to honor Plaintiffs' claim and/or undervalued Plaintiffs' claim in bad faith, arbitrarily and capriciously.

3

XV.

Plaintiff maintains that Defendants further breached its duty to plaintiff for the following, non-exclusive acts:

1. failing to properly train its adjusters;
2. failing to provide its adjusters with proper materials to properly evaluate claims;
3. failing to take into account the economic climate after Hurricane Gustav;
4. failing to account for the increase in costs of labor and materials in valuing Plaintiffs' claims;
5. instructing its adjusters to undervalue Plaintiffs' damages;
6. instructing its adjusters to delay the processing of Plaintiffs' claim;
7. instructing its adjusters to engage in multiple, time consuming evaluations of Plaintiffs' claims;
8. refusing to adjust or evaluate Plaintiffs' claims; and
9. any and all misconduct that becomes known before trial.

XVI.

Defendants' conduct is also in violation of La. Civil Code art. 1997.

XVII.

Because of their bad faith, Defendants are liable to Plaintiffs for all damages, foreseeable or not, that are a direct consequence of their failure to perform, including but not limited to additional damage and deterioration to the residence since the original date of loss.

XVIII.

As a result of their misconduct, Defendants are liable to plaintiff for all damages occasioned by the breach, including but not limited to specific and general damages (i.e. for mental anguish, personal injury, and/or inconvenience), attorney's fees and penalties.

XIX.

As a result of the foregoing breaches of contract and duty and other acts of negligence and fault of the defendant, Plaintiffs have experienced actual damages, including:

4

1. Past and future expenses for the repairs to the residence and contents caused by wind and rain damage, for which they has not been compensated under this insurance policy;

2. Damages to the residence and contents caused by normal weather patterns, but are the result of not receiving insurance proceeds owed by the insurer that were necessary to repair the property to protect it from further damage;

3. Delays in the renovation and repair of residence due to inadequate insurance funds;

4. Damage to residence and contents from wind and rain for which they have not been compensated; and

5. All other damages that may be proven at trial.

XX.

Plaintiffs are entitled to the full amount of their damages caused by wind and rain from Hurricane Gustav under its policy of property insurance, as well as additional damages caused by the delay in properly adjusting this claim, along with all penalties and attorney's fees recoverable under Louisiana law.

WHEREFORE, Plaintiffs Earl and Katheryn Stewart., pray that after due proceedings are had, that there be judgment in their favor and against the defendants ZC STERLING INSURANCE AGENCY, INC., and EMPIRE INDEMNITY INSURANCE COMPANY, for all damages that are reasonable in the premises, including all statutorily authorized penalties and attorney's fees, costs, and interest at the rate permitted by law, from the date of judicial demand until paid. Plaintiffs further pray for all other relief to which he may be entitled in law or equity.

Respectfully submitted:

_____
Edward Robert McGowan (Bar No. 26415)
EDWARD ROBERT MCGOWAN, L.L.C.
650 Poydras Street
Ste. 2105
New Orleans, Louisiana 70130
t: (504) 858-5280
f: (866) 908-1882
email: edwardmcgowanlaw@mac.com

Attorney for Earl and Katheryn Stewart

**PLEASE SERVE:**

ZC STERLING INSURANCE AGENCY, INC.
Through its Agent for Service of Process,
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

EMPIRE INDEMNITY INSURANCE COMPANY
Through its Agent for Service of Process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A TRUE COPY
K. Hartford
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. _____                              DIVISION

EARL AND KATHERYN STEWART

VERSUS

ZC STERLING INSURANCE AGENCY, INC., AND
EMPIRE INDEMNITY INSURANCE COMPANY

FILED: _____       _____
                                       DEPUTY CLERK

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, after having been first duly sworn to testify to the truth, personally came and appeared:

Earl and Katheryn Stewart

who after having been first duly sworn to testify to the truth, do verify that they have reviewed the preceding Petition for Damages in the above referenced matter, and that the allegations therein are true and correct to the best of their knowledge.

_/s/ Earl Stewart/_

_/s/ Katheryn W. Stewart/_

This 25th Day of August 2009

Sworn to and subscribed before me, this 25th Day of August, 2009.

_/s/_
Notary Public # 26415

EDWARD R. McGOWAN
Attorney at Law - Notary Public
Parish of Orleans, State of Louisiana
My Commission is issued for life.

7

RECEIVED
SEP 01 2009
E.B.R. SHERIFF'S OFFICE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NO: 09-8933                    DIVISION "H"

EARL AND KATHERYN STEWART

VERSUS

ZC STERLING INSRUANCE AGENCY, INC. AND
EMPIRE INDEMNITY INSURANCE COMPANY

FILED: _____    _____
                                            DEPUTY CLERK
*************************************************************************

## STIPULATION

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, **Earl and Katheryn Stewart,** through their attorney of record, Edward Robert McGowan, and defendants, **ZC Sterling Insurance Agency, Inc. and Empire Indemnity Insurance Company,** through its attorney of record, Sean P. Mount, and hereby enter into this Stipulation governing the course of this matter. Plaintiff has filed suit for personal injuries. Plaintiffs hereby agree that their claims in this matter do not exceed $75,000.00, exclusive of interest and costs.

**FURTHER,** plaintiffs hereby agree to waive and release any claims in excess of $75,000.00 against **ZC Sterling Insurance Agency, Inc. and Empire Indemnity Insurance Company,** its employees, and their respective insurers.

**FINALLY,** plaintiffs hereby agree not to execute on any judgment rendered in excess of $75,000.00, exclusive of interest and costs, against **ZC Sterling Insurance Agency, Inc. and Empire Indemnity Insurance Company,** its employees, and their respective insurers.

| Respectfully Submitted: | Respectfully Submitted, |
|---|---|
| **EDWARD ROBERT MCGOWAN, LLC** | **HAILEY, McNAMARA, HALL, LARMANN & PAPALE** |
| BY:_____ | BY:_____ |
| **EDWARD R. MCGOWAN, #26415** | **DOMINIC J. OVELLA, #15030** |
| 650 Poydras Street | **SEAN P. MOUNT, #27584** |
| Suite 2105 | **JASON M. BAER, #31609** |
| New Orleans, Louisiana 70130 | One Galleria Blvd., Suite 1400 |
| Telephone: (504) 858-5280 | Post Office Box 8288 |
| Attorney for Plaintiffs, Earl and Katheryn Stewart | Metairie, Louisiana 70011-8288 |
| | Telephone: (504) 836-6500 |
| | Attorneys for Defendants, ZC Sterling Insurance Agency, inc. and Empire Indemnity Insurance Company |

EXHIBIT 2

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this _____ day of _____, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding by e-mailing, faxing, or mailing same by United States mail, properly addressed and first class postage prepaid.

_____

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 09-8933   DIVISION "H"

EARL AND KATHERYN STEWART

VERSUS

ZC STERLING INSURANCE AGENCY INC and EMPIRE INDEMNITY INSURANCE COMPANY

FILED: _____   _____
DEPUTY CLERK

*************************************************************

## NOTICE TO PARTIES AND STATE COURT OF REMOVAL

TO: Clerk of Court　　　　　　　　　Edward R. McGowan
　　Civil District Court　　　　　　650 Poydras Street
　　Parish of Orleans　　　　　　　New Orleans, Louisiana 70130
　　State of Louisiana
　　421 Loyola Ave., Room 402
　　New Orleans, LA 70112

**PLEASE TAKE NOTICE** that ZC Sterling Insurance Agency Inc and Empire Indemnity Insurance Company has filed a Notice of Removal of this action with the United States District Court for the Eastern District of Louisiana. A copy of the Notice of Removal filed in the office of the Clerk of the United States District Court for the Eastern District of Louisiana is attached. A copy of this Notice is hereby being provided to the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana.

The removal of this action was authorized by 28 U.S.C. §1446, and the filing of a copy of this Notice of Removal with the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana, precludes that Court from any further proceedings in this action unless and until the action is remanded from the United States District Court.

Metairie, Louisiana this __21st__ day of __September__, 2009.

**SIGNATURE BLOCK ON NEXT PAGE**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 21st day of September, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding by e-mailing, faxing, or mailing same by United States mail, properly addressed and first class postage prepaid.

_____
SEAN P. MOUNT

Respectfully Submitted,

HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.

BY:_____
DOMINIC J. OVELLA, #15030-TA
SEAN P. MOUNT, #27584
ANNE E. MEDO, #24556
LAUREN E. BRISBI, #29778
JASON M. BAER, #31609
STEPHEN C. KOGOS, #31817
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
*Attorney for defendants, ZC Sterling Insurance Agency Inc and Empire Indemnity Insurance Company*

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 09-8933    DIVISION "H"

EARL AND KATHERYN STEWART

VERSUS

ZC STERLING INSURANCE AGENCY INC and EMPIRE INDEMNITY INSURANCE COMPANY

FILED: _____    _____
                                    DEPUTY CLERK
******************************************************************

NOTICE OF REMOVAL

PURSUANT TO U.S.C. Section 1446(e), you are hereby notified that the attached Petition for Removal of the above entitled and numbered civil action has been filed in the United States District Court for the Eastern District of Louisiana, and a copy thereof has been filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, effecting the removal of these proceedings.

Metairie, Louisiana, this 21st day of September, 2009.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 21st day of September, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding by e-mailing, faxing, or mailing same by United States mail, properly addressed and first class postage prepaid.

_____
SEAN P. MOUNT

Respectfully Submitted,

HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.

BY: _____
DOMINIC J. OVELLA, #15030-TA
SEAN P. MOUNT, #27584
ANNE E. MEDO, #24556
LAUREN E. BRISBI, #29778
JASON M. BAER, #31609
STEPHEN C. KOGOS, #31817
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
*Attorney for defendant, ZC Sterling Insurance Agency Inc and Empire Indemnity Insurance Company*